# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In Re: ) | |
| ) | |
| Kristle M. Hembrick, ) | In Bankruptcy (Chapter 7) |
| ) | |
| Debtor. ) | Case No. 10-31409-KRH |
| ) | |
| ) | |
| Dominion Credit Union, ) | Adversary Proceeding |
| ) | No. 10-03099-KRH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Kristle M. Hembrick, ) | |
| ) | |
| Defendant. ) | |

## LIST OF WITNESSES

Comes now, Dominion Credit Union, Plaintiff, in accordance with the Pre-Trial Order in this Adversary Proceeding, lists its witnesses as follows:

1. Witness One: Joanne Rutledge.

2. Witness Two: Richard Shockley.

3. Witness Three: Kristle Hembrick.

4. Witness Four: Michael Chambers.

5. Witness Five: Jacqueline McCarty.

/s/ Edward S. Whitlock, III, Esquire
Counsel for Dominion Credit Union

1 of 2

Edward S. Whitlock, III, Esquire, VSB #27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6259
Counsel for Plaintiff

Edward S. Whitlock, III, Esquire
VSB Number: 27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060
Telephone (804) 545-6250
Facsimile (804) 545-6259
Counsel for the Plaintiff

## CERTIFICATE

I hereby certify that on the 23rd day of August, 2010 a true copy of the foregoing List of Witnesses, was endorsed and/or served upon all necessary parties pursuant to Local Bankruptcy Rule 5005-1(C)(8) by mail to: Clinton M. Davis, Esquire, Attorney for Debtor, at Clinton Davis, Esq., LLC, 11900 Chester Village Drive, Chester, Virginia 23831; Kristle M. Hembrick, Debtor, at her last known address of 5615 Heatherhill Drive, Richmond, Virginia 23234; and Roy M. Terry, Jr., Trustee, at DurretteBradshaw, P.L.C., P.O. Box 2188, Richmond, Virginia 23218-2188.

/s/ Edward S. Whitlock, III, Esquire
Counsel for Dominion Credit Union

Edward S. Whitlock, III, Esquire, VSB #27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6259
Counsel for Plaintiff