UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In Re: | ) |
| Kristle M. Hembrick, | ) In Bankruptcy (Chapter 7) |
| Debtor. | ) Case No. 10-31409-KRH |
| Dominion Credit Union, | ) Adversary Proceeding |
| | ) No. 10-03099-KRH |
| Plaintiff, | ) |
| v. | ) |
| Kristle M. Hembrick, | ) |
| Defendant. | ) |

**EXHIBIT LIST FOR PLAINTIFF**

Comes now, Dominion Credit Union, Plaintiff, in accordance with the Pre-Trial Order in this Adversary Proceeding, lists its exhibits as follows:

Exhibit 1:    March 22, 2006 Open End Voucher and Security Agreement.

Exhibit 2:    Perfection of Lien, 2004 Ford F350 Pickup (VIN: 1FTWW32P84EE00952).

Exhibit 3:    July 16, 2007 Judgment Order.

Exhibit 4:    Check #682997 in the amount of $30,195.00.

Exhibit 5:    Account records of Dominion Credit Union.

Exhibit 6:    Repossession bill and records of Pritchard Brothers.

Exhibit 7:    Vehicle Condition Report.

Edward S. Whitlock, III, Esquire, VSB #27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6259
Counsel for Plaintiff

Exhibit 8:    Pictures of vehicle.

Exhibit 9:    NADA vehicle valuation.

Exhibit 10:   June 30, 2010 letter to counsel regarding result of auction.

Exhibit 11:   Transcript of the deposition of Kristle M. Hembrick on August 10, 2010 – to be proofed by Defendant and provided at later time.

Exhibit 12:   Transcript of the deposition of Michael Chambers to be taken on August 25, 2010 and provided at a later time.

/s/ Edward S. Whitlock, III, Esquire
Counsel for Dominion Credit Union

Edward S. Whitlock, III, Esquire
VSB Number: 27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060
Telephone (804) 545-6250
Facsimile (804) 545-6259
Counsel for the Plaintiff

## CERTIFICATE

I hereby certify that on the 23rd day of August, 2010 a true copy of the foregoing Exhibit List for Plaintiff, was endorsed and/or served upon all necessary parties pursuant to Local Bankruptcy Rule 5005-1(C)(8) by mail to: Clinton M. Davis, Esquire, Attorney for Debtor, at Clinton Davis, Esq., LLC, 11900 Chester Village Drive, Chester, Virginia 23831; Kristle M. Hembrick, Debtor, at her last known address of 5615 Heatherhill Drive, Richmond, Virginia 23234; and Roy M. Terry, Jr., Trustee, at DurretteBradshaw, P.L.C., P.O. Box 2188, Richmond, Virginia 23218-2188.

/s/ Edward S. Whitlock, III, Esquire
Counsel for Dominion Credit Union

Edward S. Whitlock, III, Esquire, VSB #27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6259
Counsel for Plaintiff