UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In Re: | ) |
| Kristle M. Hembrick, | ) In Bankruptcy (Chapter 7) |
| Debtor. | ) Case No. 10-31409-KRH |
| Dominion Credit Union, | ) Adversary Proceeding |
| | ) No. 10-03099-KRH |
| Plaintiff, | ) |
| v. | ) |
| Kristle M. Hembrick, | ) |
| Defendant. | ) |

## MOTION FOR CONTINUANCE

Comes now Plaintiff, Dominion Credit Union, by counsel, and respectfully moves that this Court continue the trial date of September 7, 2010 at 2:00 p.m. for this matter, and in support thereof represents as follows:

1. Depositions were taken of Defendant on August 10, 2010.

2. Defendant asked that the transcript of her depositions be transcribed and she approve the transcription of her depositions. Defendant has been unable to review and approve of the transcription of her depositions at this time.

3. Witness, Michael Chambers (hereainfter "Chambers"), was unable to give his deposition on August 10, 2010, so it was scheduled for August 25, 2010, but

1 of 3

Edward S. Whitlock, III, Esquire, VSB #27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6259
Counsel for Plaintiff

Document Page 2 of 3

again continued to September 2, 2010 due to Chambers not being present on August 25, 2010.

4. Chambers asked that his depositions be transcribed and that he approve of the transcription.

5. The Court reporter is unable to transcribe the deposition of Chambers until approximately the day of the trial of this matter.

6. Counsel for the parties, without the approved transcripts to review, are unable to properly prepare for trial, as well as intelligently discuss the possibility of a settlement.

**WHEREFORE**, the Plaintiff, Dominion Credit Union, by counsel, respectfully requests that this matter be continued to another date to allow for the approval of the transcription of the depositions of both Defendant and the witness and for the opportunity to discuss a possible settlement in this matter. Counsel for Defendant does not oppose a continuance of this matter.

/s/ Edward S. Whitlock, III, Esquire
Counsel for Dominion Credit Union

Edward S. Whitlock, III, Esquire
VSB Number: 27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060
Telephone (804) 545-6250
Facsimile (804) 545-6259
Counsel for the Plaintiff

2 of 3

Edward S. Whitlock, III, Esquire, VSB #27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6259
Counsel for Plaintiff

## CERTIFICATE

I hereby certify that on the 2nd day of September, 2010 a true copy of the foregoing Motion for Continuance, was endorsed and/or served upon all necessary parties pursuant to Local Bankruptcy Rule 5005-1(C)(8) by mail to: Clinton M. Davis, Esquire, Attorney for Debtor, at Clinton Davis, Esq., LLC, 11900 Chester Village Drive, Chester, Virginia 23831; Kristle M. Hembrick, Debtor, at her last known address of 5615 Heatherhill Drive, Richmond, Virginia 23234; and Roy M. Terry, Jr., Trustee, at DurretteBradshaw, P.L.C., P.O. Box 2188, Richmond, Virginia 23218-2188.

/s/ Edward S. Whitlock, III, Esquire
Counsel for Dominion Credit Union

Edward S. Whitlock, III, Esquire, VSB #27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6259
Counsel for Plaintiff