UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Kristle M. Hembrick, | ) | In Bankruptcy (Chapter 7) |
| | ) | |
| Debtor. | ) | Case No. 10-31409-KRH |
| | ) | |
| Dominion Credit Union, | ) | Adversary Proceeding |
| | ) | No. 10-03099-KRH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Kristle M. Hembrick, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Upon consideration of the Amended Complaint filed by Plaintiff, Dominion Credit Union, objecting to discharge and to dischargeability of a debt, upon evidence presented by counsel for Plaintiff and counsel for Defendant, upon trial held on October 7, 2010, and upon the Court finding for Plaintiff's claim pursuant to §523(a)(6) for Defendant's willful and malicious injury to Plaintiff's property; it is

ORDERED that good cause exists for granting that Twenty-four Thousand Seven Hundred Sixteen and 63/100 Dollars ($24,716.63) of Defendant's debt to Plaintiff as non-dischargeable.

And nothing further remaining to be done herein, it is ORDERED that this cause be stricken from the docket.

Page 1 of 3

Edward S. Whitlock, III, Esquire, VSB #27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia  23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6259
Counsel for Plaintiff

The Clerk is directed to send a copy of this Order upon entry to the undersigned parties.

DONE at Richmond, Virginia, this _____ day of _____, 2010.

                                                          _____
                                                      _____[Judge]
                                                      United States Bankruptcy Judge

I ask for this:

/s/ Edward S. Whitlock, III, Esquire_____
Edward S. Whitlock, III, Esquire, VSB # 27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6259
Counsel for Dominion Credit Union

Copy to:

Dominion Credit Union (Movant)
c/o Edward S. Whitlock, III, Esquire
1060 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060

Clinton M. Davis, Esquire
Clinton Davis Esq., LLC
11900 Chester Village Drive
Chester, Virginia 23831

Page 2 of 3

Edward S. Whitlock, III, Esquire, VSB #27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6259
Counsel for Plaintiff

Roy M. Terry, Jr., Trustee
DurretteBradshaw, P.L.C.
P.O. Box 2188
Richmond, Virginia 23218-2188

Copy mailed to:

Kristle M. Hembrick (Debtor)
5615 Heatherhill Drive
Richmond, Virginia 23234

### CERTIFICATION

      I hereby certify that on the 11th day of October, 2010 a true copy of the foregoing Order was endorsed and/or served upon all necessary parties pursuant to Local Bankruptcy Rule 9022-1(C) by mail as follows to: Clinton M. Davis, Esquire, Attorney for Debtor, at Clinton Davis, Esq., LLC, 11900 Chester Village Drive, Chester, Virginia 23831; Kristle M. Hembrick, Debtor, at her last known address of 5615 Heatherhill Drive, Richmond, Virginia 23234; and to Roy M. Terry, Jr., Trustee, at DurretteBradshaw, P.L.C., P.O. Box 2188, Richmond, Virginia 23218-2188.

      /s/ Edward S. Whitlock, III, Esquire
      Counsel for Dominion Credit Union

Edward S. Whitlock, III, Esquire, VSB #27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6259
Counsel for Plaintiff